# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159414

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* K. M. HOUSER, Minor.

SC: 159414
COA: 344712
Genesee CC Family Division:
16-133554-NA

_____/

On order of the Court, the application for leave to appeal the March 26, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2019



Clerk

d0507